DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (CA State Bar No. 141930)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Email: thomasburke@dwt.com

DAVIS WRIGHT TREMAINE LLP
BRENDAN N. CHARNEY (CA State Bar No. 293378)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Email: brendancharney@dwt.com

ACLU FOUNDATION OF NEVADA
AMY ROSE (*Pro Hac Vice*)
601 S. Rancho Drive, Suite B-11
Las Vegas, Nevada 89106
Telephone: (702) 366-1536
Email: rose@aclunv.org

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
DEVON PORTER (CA State Bar No. 308365)
PETER BIBRING (CA State Bar No. 223981)
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Email: dporter@aclusocal.org
Email: pbibring@aclusocal.org

ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
MITRA EBADOLAHI (CA State Bar No. 275157)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187
Email: mebadolahi@aclusandiego.org

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA and
AMERICAN CIVIL LIBERTIES UNION OF NEVADA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA and AMERICAN CIVIL LIBERTIES UNION OF NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | Case No. 2:17-cv-02778<br><br>**NOTICE OF FILING PROOFS OF SERVICE OF SUMMONS AND COMPLAINT ON U.S. ATTORNEY FOR CENTRAL DISTRICT OF CALIFORNIA** |

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as reflected on the Proofs of Service attached hereto as Exhibit 1, Plaintiff served the U.S. Attorney for the Central District of California on behalf of the United States with the following documents:

1. Summons in a Civil Action
2. Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552 et seq
3. Civil Case Cover Sheet
4. Notice of Party with Pecuniary Interest and Corporate Disclosure Statement
5. Notice of Assignment to United States Judges
6. Notice to Parties of Court-Directed ADR Program
7. Standing Order Regarding Newly Assigned Cases
8. Order for Civil Court Trial.

DATED this 25th day of April, 2017.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
BRENDAN N. CHARNEY

By: /s/ *Thomas R. Burke*
Thomas R. Burke

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA and AMERICAN CIVIL LIBERTIES UNION OF NEVADA

Legal Tabs Co. 1-800-322-3022

Recycled Stock #EX-5-B

**EXHIBIT 1**

BRENDAN CHARNEY, ESQ. SBN: 293378
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA STREET, SUITE 2400
LOS ANGELES, CA 90017
(213) 633-6800

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, ET AL.<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL. | CASE NUMBER:<br>2:17-CV-02778-BRO-(ASx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. [X] summons        [ ] first amended complaint     [ ] third party complaint
      [X] complaint       [ ] second amended complaint   [ ] counter claim
      [ ] alias summons   [ ] third amended complaint    [ ] cross claim
      [X] other SEE ATTACHED DOCUMENT LIST

2. **Person served:**

   a. [X] Defendant *(name:)* U.S. DEPARTMENT OF HOMELAND SECURITY
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      PAT MYLES - CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA
   c. [X] Address where the papers were served: 200 N. LOS ANGELES STREET, RM. 7516
      LOS ANGELES, CA 90012

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [X] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [X] Papers were served on *(date):* 04/13/2017 at *(time):* 04:35 pm

   b. [ ] By **Substituted Service.** By leaving copies: PAT MYLES - CIVIL PROCESS CLERK

      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] Papers were served on *(date):* at *(time):*

      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [ ] papers were mailed on

      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. [ ] Mail and acknowledgment of service. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC (12-234648)**
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CASE #:** 2:17-CV-02778-BRO-(ASx)   **DATE:** April 14, 2017

**CASE NAME:** AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, ET AL. VS. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.

**SERVED:** PAT MYLES - CIVIL PROCESS CLERK

**SUMMONS**

**COMPLAINT**

**CIVIL COVER SHEET**

**NOTICE OF PARTY WITH PECUNIARY INTEREST AND CORPORATE DISCLOSURE STATEMENT**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**STANDING ORDER REGARDING NEWLY ASSIGNED CASES**

**ORDER FOR CIVIL COURT TRIAL**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service.)

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served: **PAT MYLES**

   Title of person served: **CIVIL PROCESS CLERK**

   Date and time of service: *(date):* **April 13, 2017** at *(time):* **04:35 pm**

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation(Attach **signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   NATIONWIDE LEGAL
   JEFFREY ALAN LOPEZ
   Nationwide Legal, LLC (12-234648)
   1609 James M. Wood Blvd., 2nd Fl
   Los Angeles, CA 90015
   (213) 249-9999

   a. Fee for service: $ .00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :2014-037194
      County: LOS ANGELES

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 14, 2017        **JEFFREY ALAN LOPEZ**                                  *(Signature)*
                             *Type or Print Server's Name*

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (03/10)                                                                    PAGE 2
                                                                                958706VU

BRENDAN CHARNEY, ESQ. SBN: 293378
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA STREET, SUITE 2400
LOS ANGELES, CA 90017
(213) 633-6800

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, ET AL.

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.

CASE NUMBER: 2:17-CV-02778 BRO (ASx)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons  [ ] first amended complaint  [ ] third party complaint
      [X] complaint  [ ] second amended complaint  [ ] counter claim
      [ ] alias summons  [ ] third amended complaint  [ ] cross claim
      [X] other SEE ATTACHED DOCUMENT LIST

2. **Person served:**

   a. [X] Defendant *(name:)* U.S CUSTOMS AND BORDER PROTECTION
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      PAT MYLES - CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA
   c. [X] Address where the papers were served: 200 N. LOS ANGELES STREET, RM. 7516
      LOS ANGELES, CA 90012

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served the person named in Item 2:**

   a. [X] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [X] Papers were served on *(date):* 04/13/2017 at *(time):* 04:35 pm

   b. [ ] By **Substituted Service.** By leaving copies: PAT MYLES - CIVIL PROCESS CLERK

      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] Papers were served on *(date):* at *(time):*

      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [ ] papers were mailed on

      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC (12-234648)**
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CASE #:** 2:17-CV-02778 BRO (ASx)   **DATE:** April 14, 2017

**CASE NAME:** AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, ET AL. VS. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.

**SERVED:** PAT MYLES - CIVIL PROCESS CLERK

**SUMMONS**

**COMPLAINT**

**CIVIL COVER SHEET**

**NOTICE OF PARTY WITH PECUNIARY INTEREST AND CORPORATE DISCLOSURE STATEMENT**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**STANDING ORDER REGARDING NEWLY ASSIGNED CASES**

**ORDER FOR CIVIL COURT TRIAL**

d. ☐ Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service.)

f. ☐ Service on a foreign corporation. In any manner prescribed for individuals by FRCP 4(f)

g. ☐ Certified or registered mail service. By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ Other (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served: PAT MYLES

   Title of person served: CIVIL PROCESS CLERK

   Date and time of service: (date): April 13, 2017 at (time): 04:35 pm

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):
   NATIONWIDE LEGAL
   JEFFREY ALAN LOPEZ
   Nationwide Legal, LLC (12-234648)
   1609 James M. Wood Blvd., 2nd Fl
   Los Angeles, CA 90015
   (213) 249-9999

   a. Fee for service: $ .00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :2014-037194
      County: LOS ANGELES

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 14, 2017      JEFFREY ALAN LOPEZ                    (Signature)
                          Type or Print Server's Name

PROOF OF SERVICE - SUMMONS AND COMPLAINT

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

On April 25, 2017, I served the document described as **NOTICE OF FILING PROOFS OF SERVICE OF SUMMONS AND COMPLAINT ON U.S. ATTORNEY FOR CENTRAL DISTRICT OF CALIFORNIA** upon the interested parties in this action in a sealed envelope addressed as follows:

PLEASE SEE ATTACHED PROOF OF SERVICE

__X__  (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

____  (By Overnight Delivery) I deposited this document in the box or other facility located at 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017 regularly maintained by Federal Express, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

____  (By Personal Service) I caused the delivery of such envelope by hand to the offices of the addressee.

____  (By E-Mail – PDF Format) I caused the foregoing document to be served by e-mail transmission, in PDF Format, to each of the interested parties at the e-mail address shown above.

Executed on April 25, 2017, Los Angeles, California.

☒   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Lina Pearmain
Lina Pearmain

**ATTACHED PROOF OF SERVICE**

| | |
|---|---|
| U. S. Attorney's Office for the<br>Central District of California<br>312 N. Spring Street, Suite 1200<br>Los Angeles, CA 90012 | Office of the General Counsel<br>U.S. Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 |
| Office of the Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Avenue, N.W.<br>Washington, DC 20229 | Attorney General of the United States<br>U.S. Department of Justice<br>Service of Process<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Civil Process Clerk<br>United States Attorney's Office<br>Central District of California<br>300 North Los Angeles Street<br>Suite 7516<br>Los Angeles, California 90012 | |