DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (CA State Bar
  No. 141930)
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500
Email:  thomasburke@dwt.com

DAVIS WRIGHT TREMAINE LLP
BRENDAN N. CHARNEY (CA State
  Bar No. 293378)
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Telephone:  (213) 633-6800
Email:  brendancharney@dwt.com

ACLU FOUNDATION OF NEVADA
AMY ROSE (*Pro Hac Vice*)
601 S. Rancho Drive, Suite B-11
Las Vegas, Nevada 89106
Telephone: (702) 366-1536
Email: rose@aclunv.org

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
DEVON PORTER (CA State Bar No.
  308365)
PETER BIBRING (CA State Bar No.
  223981)
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Email:  dporter@aclusocal.org
Email:  pbibring@aclusocal.org

ACLU FOUNDATION OF SAN
DIEGO AND IMPERIAL COUNTIES
MITRA EBADOLAHI (CA State Bar
  No. 275157)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone:  (619) 398-4187
Email: mebadolahi@aclusandiego.org

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA and
AMERICAN CIVIL LIBERTIES UNION OF NEVADA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA and AMERICAN CIVIL LIBERTIES UNION OF NEVADA, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendants. | Case No. 2:17-cv-02778 <br><br> **NOTICE OF FILING PROOFS OF SERVICE OF SUMMONS AND COMPLAINT** |

1

DAVIS WRIGHT TREMAINE LLP

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, as reflected on the Proof of Service attached hereto as **Exhibit A**, Plaintiff served the following documents on the United States (via certified mail to the Attorney General of the United States, and via Civil Process Clerk of the U.S. Attorney's Office of the Central District of California); the Department of Homeland Security (via certified mail of the office of the General Counsel); and Customs and Border Protection (via Federal Express to the Office of the Chief Counsel):

1.  Summons in a Civil Action;

2.  Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552 et seq.;

3.  Civil Case Cover Sheet;

4.  Notice of Party with Pecuniary Interest and Corporate Disclosure Statement;

5.  Notice of Assignment to United States Judges;

6.  Notice to Parties of Court-Directed ADR Program;

7.  Standing Order Regarding Newly Assigned Cases; and

8.  Order for Civil Court Trial.

DATED this 2nd day of May, 2017.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
BRENDAN N. CHARNEY

By: */s/ Thomas R. Burke*
　　　Thomas R. Burke

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF
SOUTHERN CALIFORNIA and

DAVIS WRIGHT TREMAINE LLP

2

AMERICAN CIVIL LIBERTIES UNION OF NEVADA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

3

**EXHIBIT A**

## <u>PROOF OF SERVICE BY CERTIFIED MAIL</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On **April 13, 2017**, I served the foregoing document(s) described as:

PLEASE SEE ATTACHED LIST OF DOCUMENTS SERVED

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Attorney General of the United States
U.S. Department of Justice
Service of Process
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Civil Process Clerk
United States Attorney's Office
Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, California 90012

I placed such envelope(s) with certified postage thereon fully prepaid for deposit in the United States Mail, return receipt requested, in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on **April 13, 2017**, Los Angeles, California.

☐   State   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☒   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Lina Pearmain
Print Name             Signature

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800

### LIST OF DOCUMENTS SERVED

1. Summons in a Civil Action

2. Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552 et seq.

3. Civil Case Cover Sheet

4. Notice of Part with Pecuniary Interest and Corporate Disclosure Statement

5. Notice of Assignment of United States Judges

6. Notice of Parties of Court-Directed ADR Program

7. Standing Order Regarding Newly Assigned Cases

8. Order for Civil Court Trial

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800

# USPS Tracking® Results

**FAQs** > (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

Remove ✕

**Tracking Number:** 70160910000236305526

▶        ▶        ▶   Delivered

**Updated Delivery Day:** Tuesday, April 18, 2017 ⓘ

## Product & Tracking Information

**See Available Actions**

**Postal Product:**          **Features:**
                             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **April 18, 2017, 5:20 am** | **Delivered** | **WASHINGTON, DC 20530** |

▲

Your item was delivered at 5:20 am on April 18, 2017 in WASHINGTON, DC 20530.

| April 17, 2017, 11:57 am | Arrived at Unit | WASHINGTON, DC 20018 |
| April 15, 2017, 7:37 am | In Transit to Destination | |
| April 14, 2017, 12:37 am | Departed USPS Facility | LOS ANGELES, CA 90052 |

**See More**  ⌄

## Available Actions

**Text Updates**    ∨

**Email Updates**    ∨

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark
APR 13 2017

Sent To    Attorney General of the U.S.
           U.S. Dept. of Justice
Street and Service of Process
           950 Pennsylvania Ave., NW
City, State Washington, DC  20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the U.S.
U.S. Dept. of Justice
Service of Process
950 Pennsylvania Ave., NW
Washington, DC  20530-0001

9590 9403 0360 5163 6859 54

2. Article Number (Transfer from service label)
7016 0910 0002 3630 5526

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____                    ☐ Agent
                                      ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   APR 18 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Brendan Charney
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA  90017

USPS TRACKING#



9590 9403 0360 5163 6859 54

# USPS Tracking® Results

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

### Track Another Package  +

Remove ✕

**Tracking Number:** 70160910000236305533

      **Delivered**

## Product & Tracking Information

**See Available Actions**

**Postal Product:**          **Features:**
                             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 17, 2017, 1:12 pm** | **Delivered, To Mail Room** | **LOS ANGELES, CA 90012** |



Your item has been delivered to the mail room at 1:12 pm on April 17, 2017 in LOS ANGELES, CA 90012.

| | | |
|---|---|---|
| April 15, 2017, 9:49 am | Business Closed | LOS ANGELES, CA 90012 |
| April 14, 2017, 11:43 pm | Departed USPS Facility | LOS ANGELES, CA 90052 |
| April 13, 2017, 10:20 pm | Arrived at USPS Facility | LOS ANGELES, CA 90052 |

**See More ⌄**

## Available Actions

| | |
|---|---|
| **Text Updates** | ⌄ |
| **Email Updates** | ⌄ |

**See Less ⌃**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

APR 1 3 2017

Postage
$

Total Postage and Fees
$

Sent To Civil Process Clerk
United States Attorney's Office
Central District of California
Street and Apt. No., or PO Box No. 300 N. Los Angeles Street, Suite 7516
City, State, ZIP+4 Los Angeles, CA  90012

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7016 0910 0002 3630 5533



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Civil Process clerk
United States Attorney's Office
Central District of California
300 N. Los Angeles Street
Suite 7516
Los Angeles, CA  90012

9590 9403 0360 5163 6859 78

2. Article Number (Transfer from service label)
7016 0910 0002 3630 5533

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                        ☐ Agent
                                         ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                         4/17/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt





UNITED STATES POSTAL SERVICE
LOS ANGELES
CA 900
28 APR '17
PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•
Brendan Charney
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA  90017

USPS TRACKING#

256600

9590 9403 0360 5163 6859 78

# USPS Tracking® Results

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

Track Another Package  **+**

Remove ✕

**Tracking Number:** 70160910000236305540

  

# Delivered

**Updated Delivery Day:** Tuesday, April 18, 2017 ⓘ

# Product & Tracking Information

See Available Actions

**Postal Product:**              **Features:**
                                 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 18, 2017, 10:41 am** | **Delivered, To Mail Room** | **WASHINGTON, DC 20528** |

▲

Your item has been delivered to the mail room at 10:41 am on April 18, 2017 in WASHINGTON, DC 20528.

| April 18, 2017, 6:35 am | Arrived at Unit | WASHINGTON, DC 20018 |
|---|---|---|
| April 15, 2017, 7:47 am | In Transit to Destination | |
| April 14, 2017, 12:47 am | Departed USPS Facility | LOS ANGELES, CA 90052 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 13, 2017, 10:20 pm | Arrived at USPS Facility | LOS ANGELES, CA 90052 |

See Less ∧

## Available Actions

Text Updates                                    ∨

Email Updates                                   ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $        Postmark
☐ Certified Mail Restricted Delivery $         Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

APR 1 3 2017

Postage
$

Total Postage and Fees
$

Sent To   Office of the General Counsel
          U.S. Dpt. of Homeland Security

Street and Apt. No., or PO Box No.
245 Murray Lane, SW, Mail Stop 0485

City, State, ZIP+4®
Washington, DC  20528-0485

7014 0510 0000 3960 5540

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

DAVIS WRIGHT TREMAINE LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

On April 24, 2017, I served the document described as **PLEASE SEE ATTACHED SERVICE LIST** upon the interested parties in this action in a sealed envelope addressed as follows:

Office of the Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

___ (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

_X_ (By Overnight Delivery) I deposited this document in the box or other facility located at 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017 regularly maintained by Federal Express, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, signature requested for guaranteed next day delivery.

____ (By Personal Service) I caused the delivery of such envelope by hand to the offices of the addressee.

___ (By E-Mail – PDF Format) I caused the foregoing document to be served by e-mail transmission, in PDF Format, to each of the interested parties at the e-mail address shown above.

Executed on April 24, 2017, Los Angeles, California.

☒   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Lina Pearmain

3

NOTICE OF FILING PROOFS OF SERVICE
OF SUMMONS AND COMPLAINT
4847-3389-1655v.1 0050033-000045

## **ATTACHED**

1.   Summons

2.   Complaint

3.   Civil Case Cover Sheet

4.   Notice of Party with Pecuniary Interest and Corporate Disclosure Statement

5.   Notice of Assignment to United States Judges

6.   Notice to Parties of Court-Directed ADR Program

7.   Standing Order Regarding Newly Assigned Cases

8.   Order for Civil Court Trial

DAVIS WRIGHT TREMAINE LLP

4

PROOF OF SERVICE
4847-3389-1655v.1 0050033-000045

**Pearmain, Lina**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, April 25, 2017 6:44 AM |
| **To:** | Pearmain, Lina |
| **Subject:** | FedEx Shipment 786342848223 Delivered |

This tracking update has been requested by:

Company Name: Davis Wright Tremaine, LLP
Name: Brendan Charney
E-mail: BrendanCharney@dwt.com

Message: PSShip eMail Notification

Our records indicate that the following shipment has been delivered:

Reference: 0050033.000045-2312
Ship date: Apr 24, 2017
Delivery date: Apr 25, 2017 9:25 am
Signed for by: J.MCCRAY
Delivery location: WASHINGTON, DC
Delivered to: Shipping/Receiving
Delivery date: Tue, 4/25/2017 9:25 am
Service type: FedEx Priority Overnight
Packaging type: FedEx Envelope
Number of pieces: 1
Weight: 1.00 lb.
Special handling/Services Direct Signature Required
Deliver Weekday
Standard transit: 4/25/2017 by 10:30 am

Tracking number: 786342848223

Shipper Information Recipient Information
Brendan Charney Office of theChief Counsel
Davis Wright Tremaine, LLP U.S. Customs and Border Protection
865 South Figueroa Street 1300 PENNSYLVANIA AVE NW
Suite 2400 WASHINGTON
Los Angeles DC
CA US
US 20229
90017

Please do not respond to this message. This email was sent from an unattended mailbox. This report was

1

generated at approximately 8:44 AM CDT on 04/25/2017.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=786342848223&language=en&opco=FX
&clientype=ivother

This tracking update has been sent to you by FedEx on behalf of the Requestor BrendanCharney@dwt.com.
FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the
requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of
service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2017 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.



May 2,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **786342848223**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | J.MCCRAY | Delivery location: | 1100 HAMPTON BLVD |
| | | | WASHINGTON, DC 20229 |
| Service type: | FedEx Priority Overnight | Delivery date: | Apr 25, 2017 09:25 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 786342848223 | Ship date: | Apr 24, 2017 |
| | | Weight: | 1.0 lbs/0.5 kg |

**Recipient:**
Office of theChief Counsel
U.S. Customs and Border Protection
1300 PENNSYLVANIA AVE NW
WASHINGTON, DC 20229 US

**Reference**

**Shipper:**
Brendan Charney
Davis Wright Tremaine, LLP
Suite 2400
865 South Figueroa Street
Los Angeles, CA 90017 US
0050033.000045-2312

Thank you for choosing FedEx.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

    On May 3, 2017, I served the document described as **NOTICE OF FILING PROOFS OF SERVICE OF SUMMONS AND COMPLAINT** upon the interested parties in this action in a sealed envelope addressed as follows:

PLEASE SEE ATTACHED PROOF OF SERVICE

  X    (By Mail)  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

\_\_\_\_    (By Overnight Delivery)  I deposited this document in the box or other facility located at 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017 regularly maintained by Federal Express, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

\_\_\_\_    (By Personal Service)  I caused the delivery of such envelope by hand to the offices of the addressee.

\_\_\_\_    (By E-Mail – PDF Format)  I caused the foregoing document to be served by e-mail transmission, in PDF Format, to each of the interested parties at the e-mail address shown above.

    Executed on May 3, 2017, Los Angeles, California.

☒    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Lina Pearmain_____<br>Lina Pearmain

DAVIS WRIGHT TREMAINE LLP

NOTICE OF FILING PROOFS OF SERVICE
OF SUMMONS AND COMPLAINT
4828-8470-5351v.1 0050033-000045

## ATTACHED PROOF OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U. S. Attorney's Office for the
Central District of California
312 N. Spring Street, Suite 1200
Los Angeles, CA  90012

Office of the Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

Civil Process Clerk
United States Attorney's Office
Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, California 90012

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Attorney General of the United States
U.S. Department of Justice
Service of Process
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

DAVIS WRIGHT TREMAINE LLP

4

NOTICE OF FILING PROOFS OF SERVICE
OF SUMMONS AND COMPLAINT
4828-8470-5351v.1 0050033-000045