# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPERTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 2:17-CV-2778-RHW<br><br>**ORDER ON STIPULATED REQUEST FOR DISMISSAL** |

Before the Court is the parties' Stipulated Request for Dismissal, ECF No. 84. In their Stipulated Request, the parties agree that, pursuant to Federal Rule of Civil Procedure 41, all claims against the Defendants in this matter should be dismissed with prejudice. *Id*.

The Court, having reviewed the record and the parties' Stipulated Request for Dismissal, ECF No. 84, has found good cause to grant the Stipulation and dismiss this matter with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Request for Dismissal, **ECF No. 84**, is **GRANTED**.

**ORDER ON STIPULATED REQUEST FOR DISMISSAL** ~ 1

2. This action is dismissed with prejudice.

3. All future dates on the calendar are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and **close the file**.

**DATED** this 24th day of June, 2019.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER ON STIPULATED REQUEST FOR DISMISSAL ~ 2**